UNITED STATES DISTRICT COURT
NORTHERN DISTRICT EASTERN DIVISION

| | |
|---|---|
| CAROL LEE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 22-cv- 6153 |
| | ) |
| WALMART INC., a Foreign Corporation, | ) |
| | ) |
| Defendant. | ) |

### NOTICE OF REMOVAL

NOW COMES **Defendant, WALMART INC.**, by and through its attorneys James P. Balog and Lucas Sun, and pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, removes this action to the United States District Court for the Northern District of Illinois, Eastern Division and in support thereof, states as follows:

PLEADINGS AND BACKGROUND

1. The movant's Notice of Removal is based upon subject matter jurisdiction conferred by diversity of citizenship, as established in 28 U.S.C. § 1332.

2. This matter arises out of an incident which occurred on August 28, 2020 at the Walmart located at 21000 Western Avenue, Olympia Fields, Illinois. Plaintiff filed a Complaint in the Circuit Court of Cook County, styled CAROL LEE v. WALMART INC., bearing Case No. 2022L007299. (*See* Exhibit A, Plaintiff's Complaint at Law).

3. Defendant first received Plaintiff's Complaint when it was served with process on August 23, 2022. (*See* Exhibit B, Service of Process).

4. In response to the Complaint, Defendant filed its Appearance and Jury Demand on September 26, 2022. (*See* Exhibit C, Defendant's Appearance and Jury Demand).

1

5. Defendant also issued Requests to Admit regarding Plaintiff's citizenship and amount in controversy on September 26, 2022.

BASIS FOR DIVERSITY

6. Both at the time of the commencement of the State Court action and at the present time, Defendant, Walmart Inc., was a Delaware Corporation with executive headquarters in Bentonville, Arkansas. (*See* Exhibit D, Arkansas Secretary of State Business Information Search for Walmart Inc.).

7. A corporation has a single principal place of business where its executive headquarters are located. *Metropolitan Life Ins. Co. v. Estate of Cammon*, 929 F.2d 1220, 1223 (7th Cir. 1991). Therefore, at all pertinent times, Defendant, Walmart Inc., was a citizen of Arkansas and Delaware.

8. Plaintiff did not respond to Defendant's Requests to Admit. Under Illinois Supreme Court Rule 216, the requests are deemed admitted if no response/denials are filed within 28 days.

9. As such, Plaintiff has admitted (1) Plaintiff is a citizen of Illinois and (2) damages sought exceeded $75,000.

10. With the first notice that the claimed amount in controversy exceeded $75,000 and that Plaintiff is a citizen of Illinois (thereby fulfilling diversity requirements) occurring on or about October 24, 2022, when Defendant was served with the answers to Request to Admit, this Notice was filed within thirty (30) days of "receipt by the defendant[s], through service or otherwise, of a copy of an amended pleading, motion, order, or other paper from which it may be first ascertained that the case is one which is or has become removable." 28 U.S.C. § 1446(b)(3).

11. As required by 28 U.S.C. § 1446(d), the movant will promptly serve upon Plaintiff's counsel, and file with the Circuit Court of Cook County, a true and correct copy of this Notice.

12. By removing this action, Defendant does not waive any defenses available to it.

13. If any question arises as to the propriety of the removal of this action, the movant requests the opportunity to present a brief and oral argument in support of its position that this case is removable.

14. This Notice is signed and in compliance with Rule 11 of the Federal Rules of Civil Procedure.

WHEREFORE, Defendant WALMART INC., prays that this Honorable Court retain jurisdiction of the matter pursuant to 28 U.S.C. §§ 1332, 1441, and 1446.

Dated: November 7, 2022

Respectfully submitted,

O'HAGAN MEYER LLC
By:
s/Lucas Sun
One of the Attorneys for Defendant Walmart Inc.

James P. Balog, Esq.
Lucas Sun, Esq.
O'Hagan Meyer, LLC
One East Wacker Drive, Suite 3400
Chicago, IL 60601
Tel: 312-422-6100 / Fax: 312-422-6110
jbalog@ohaganmeyer.com
lsun@ohaganmeyer.com